# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
UNITED STATES OF AMERICA,     )
                              )
                              )     CR 218-056
v.                            )
                              )
MARTONIO LARANDIOS MITCHELL,  )
                              )
     Defendant.               )
```

## ORDER

Before the Court is Defendant Martonio Mitchell's motion for return of personal property, dkt. no. 424, to which the Government has filed a response in opposition, dkt. no. 426.

## DISCUSSION

In his motion, Defendant seeks "the return of confiscated and seized personal property," including "17,672 USD Currency" and a "2005 Blue Chevrolet Avalanche." Dkt. No. 424. Defendant states "[t]his property was derived from a previous arrest and is no longer required evidence." Id.

The Government opposes Defendant's motion on two grounds. First, the Government argues that the currency of which Defendant seeks return has already been forfeited; second, the Government argues that it "never restrained, took possession, or pursued forfeiture of [the 2005 Blue Chevrolet Avalanche]." Dkt. No. 426. The Court will address each in turn.

**1. $17,672 in Currency**

On October 10, 2018, the Government filed a Verified Complaint for Forfeiture *in Rem* related to the underlying criminal proceedings. See United States v. $3,660.00 in U.S. Currency Seized by DEA on May 1, 2018, et al., No. 5:18cv080 (S.D. Ga.). Among other amounts, the Complaint alleged that $13,200.00 in U.S. Currency ("Currency No. 1") seized by the United States Drug Enforcement Administration ("DEA") on May 3, 2018, was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). No. 5:18cv080, Dkt. No. 1. Currency No. 1 was discovered while executing search warrants at various residences occupied by Defendant and his co-Defendants. See id. Thereafter, a warrant for the arrest of Currency No. 1 was issued by this Court; the Government published notice of the forfeiture action online for thirty consecutive days, as required; and direct notice of the forfeiture action was given to Defendant and his co-Defendants. Dkt. No. 426. Defendant nor anyone else filed a claim or otherwise appeared in the forfeiture action within the time permitted. Id. As such, the Government moved for and the Clerk entered an entry of default on April 18, 2019. No. 5:18cv080, Dkt. Nos. 8, 9. The Court entered a default judgment in the forfeiture action on May 10, 2019, concluding the matter as to Currency No. 1. Id., Dkt. No. 14.

Separately, the DEA commenced an Administrative Forfeiture against $4,472 in United States currency ("Currency No. 2"), which was seized by the DEA pursuant to 21 U.S.C. § 881. "The DEA provided all potential claimants direct notice of the seizure and completed a 30-day period of publication," but "[n]o claims were filed contesting the forfeiture." Dkt. No. 426 at 3. On September 11, 2018, Currency No. 2 was declared administratively forfeited. Dkt. No. 426-2.

Based on the foregoing, the Court concludes that the $17,672[1] in United States currency which Defendant requests be returned to him has already been properly forfeited to the Government. As such, Defendant's request for return of said property is untimely. His motion as to the currency must, therefore, be **DENIED as moot.**

**2. 2005 Blue Chevrolet Avalanche**

The Court reaches a similar conclusion regarding the 2005 Blue Chevrolet Avalanche. The Government states that it "never restrained, took possession, or pursued forfeiture of" the vehicle, dkt. no. 426 at 3; thus, the Government cannot possibly return a vehicle of which it never had possession. Indeed, the Government states that "to [its] knowledge, the vehicle was within the jurisdiction of the state, and may have been

---

[1] The sum of Currency No. 1 ($13,200) and Currency No. 2 ($4,472) is $17,672, the total amount Defendant seeks.

forfeited pursuant to state authorities." Id. Accordingly, Defendant's motion must be **DENIED as moot.**

## CONCLUSION

Defendant's motion for return of personal property, dkt. no. 424, is **DENIED as moot.**

**SO ORDERED**, this 12th day of July, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

4